**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **DR. NICOLAS VALCIK, PH.D.,** | § | |
| *PLAINTIFF*, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:24-CV-00086-H** |
| | § | |
| **TEXAS TECH UNIVERSITY,** | § | |
| **NOEL SLOAN, AND BRANDON** | § | |
| **HENNINGTON,** | § | |
| *DEFENDANTS*. | § | |

**ORDER GRANTING MOTION TO DISMISS**

BE IT REMEMBERED that on this day, the court considered Defendants Noel Sloan and Brandon Hennington's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 40). After due consideration of the law and the filings of the parties, the Court finds said motion meritorious. It is therefore **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

It is further **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED** with prejudice.

SIGNED on _____, 2025

_____
James Wesley Hendrix
District Judge