UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

NICOLAS VALCIK.,

     Plaintiff,

v.

                                       No. 5:24-CV-086-H

NOEL SLAON, et al.,

     Defendants.

## FINAL JUDGMENT

For the reasons stated in the Court's order (Dkt. No. 54), it is hereby ORDERED,

ADJUDGED, and DECREED that:

The plaintiff's claim against the defendants is dismissed with prejudice.

The Clerk is directed to close the case.

So ordered on March 17, 2026.

                                                                            JAMES WESLEY HENDRIX
                                                                  UNITED STATES DISTRICT JUDGE